**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Gerald Curtis DELGER, Defendant— Appellant.**

No. 03–10288.

United States Court of Appeals, Ninth Circuit.

Submitted May 10, 2004.*

Decided May 14, 2004.

Michael Thomas Morrissey, Esq., Office of the U.S. Attorney, Phoenix, AZ, for Plaintiff–Appellee.

Gerald Curtis Delger, Los Angeles, CA, pro se.

John W. Rood, Attorney at Law, Phoenix, AZ, for Defendant–Appellant.

Before: CANBY, KOZINSKI and PAEZ, Circuit Judges.

MEMORANDUM **

Gerald Curtis Delger appeals the district court's order revoking his supervised release and imposing an 18–month sentence. He originally pleaded guilty to theft of government property, in violation of 18 U.S.C. § 641.

Pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), counsel for Delger has filed a brief

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

stating there are no issues, and a motion to withdraw as counsel of record. No pro se brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 83–84, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no grounds for relief.

Accordingly, we GRANT counsel's motion to withdraw and AFFIRM the district court's judgment.

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.